# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00552-CV

**Texas Commission on Environmental Quality and Las Brisas Energy Center, LLC, Appellants // Environmental Defense Fund, Inc. and Texas Clean Air Cities Coalition, Cross-Appellants**

**v.**

**Environmental Defense Fund, Inc.; Texas Clean Air Cities Coalition; Sierra Club; and Clean Economy Coalition, Appellees // Texas Commission on Environmental Quality and Las Brisas Energy Center, LLC, Cross-Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. D-1-GN-11-001364, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Cross-appellants Environmental Defense Fund, Inc. and Texas Clean Air Cities Coalition have filed an unopposed motion to dismiss their appeal. We grant the motion and dismiss the cross-appeal. *See* Tex. R. App. P. 42.1(a). The appeal filed by appellants Texas Commission on Environmental Quality and Las Brisas Energy Center, LLC will continue. We have amended the style of the case to reflect: *Texas Commission on Environmental Quality and Las Brisas Energy Center, LLC, Appellants v. Environmental Defense Fund, Inc.; Texas Clean Air Cities Coalition; Sierra Club; and Clean Economy Coalition, Appellees*.

It is ordered April 25, 2014.

Before Justices Puryear, Pemberton and Rose